# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Northrop Grumman Corporation ) ASBCA No. 60146
)
Under Contract No. N68936-05-C-0059 *et al.* )

APPEARANCES FOR THE APPELLANT:      Terry L. Albertson, Esq.
                                    Stephen J. McBrady, Esq.
                                      Crowell & Moring LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
                                      DCMA Chief Trial Attorney
                                    Douglas R. Jacobson, Esq.
                                      Trial Attorney
                                      Defense Contract Management Agency
                                      Bloomington, MN

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 12 July 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60146, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals